UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE and WASTE ACTION PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | CASE NO. C18-1209 MJP<br><br>ORDER DENYING MOTION FOR ADMINISTRATIVE STAY |

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Stay the Case for Settlement Talks (Dkt. No. 22). Having reviewed the motion and the remaining record, the Court DENIES the motion.

The Parties were granted a previous six-month extension (Dkt. No. 21) and are now before the Court requesting another, without providing any additional cause. Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to

bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 26, 2019.

_____
Marsha J. Pechman
United States District Judge