# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE and WASTE ACTION PROJECT,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | CASE NO. C18-1209 MJP<br><br>ORDER ON SUPPLEMENTAL STIPULATED MOTION |

THIS MATTER comes before the Court on the Parties' Supplemental Stipulated Motion for Stay to Case and for Mediation. (Dkt. No. 24.) Having reviewed the motion and the remaining record, the Court GRANTS in part and DENIES in part the motion.

The Parties have filed two previous motions for a stay. (Dkt. Nos. 19, 22.) The Court granted the first, giving the Parties a six-month extension, (Dkt. No. 21), but denied the second, finding that the Parties sought an additional extension without providing any additional reasons for why the extension was necessary (Dkt. No. 23). The Parties have now filed a supplemental stipulated motion, seeking an administrative stay and an order compelling the Parties to

ORDER ON SUPPLEMENTAL STIPULATED MOTION - 1

mandatory mediation in the event this matter is not fully resolved by January 22, 2020. (Dkt. No. 24.) The Court DENIES the Parties' Motion for an Administrative Stay but will extend all case deadlines by four months, which will be reflected in an amended case scheduling order to follow. The Court also DENIES the Parties' Motion for an order compelling arbitration, although the Parties are free to engage in any settlement process they wish.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 3, 2019.

Marsha J. Pechman
United States District Judge